CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anna Marie Johnson**; DOB:1994; United States<br>**Savanna Ray Valenzuela**; DOB: 1993; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-06241MJ |

| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 30, 2026, in the District of Arizona, **Anna Marie Johnson** and **Savanna Ray Valenzuela**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Maria Julia Fuentes-Roque, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 30, 2026, in a district of Arizona (Sells), at approximately 2:30 a.m., Border Patrol Agents (BPAs) observing vehicle traffic near the Topawa High School on Federal Route (FR) 19 observed a white hatchback vehicle traveling southbound with a paper license plate that was unreadable. At approximately 3:08 AM, BPAs observed the same vehicle heading northbound, which is considered a quick turn around and consistent with common smuggling behavior. BPAs followed the vehicle for further investigation. As BPAs followed the vehicle it slowed down to about 10 miles below the posted speed limit of 55 miles per hour and weaved in the road, displaying nervousness due to law enforcement presence. BPAs tried but still could not read the paper license plate to run checks. The vehicle also braked abruptly at a cattle guard, which typically shows that the driver does not know the roads well as the locals. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. With the vehicle being stopped, BPAs could successfully read the plate and ran record checks on Arizona paper license of 66502HR. Once BPAs were at the vehicle they requested identification from the driver, **Anna Marie Johnson**, and passenger **Savanna Ray Valenzuela**. Due to darkly tinted windows and the lack of light due to the time of day, BPAs could not see into the back seat and requested **Johnson** roll down the back window, to which she said it does not go down. At that time, BPAs used their flashlights to check the rear seats of the vehicle for more people and observed a camouflage backpack that matched those given to illegal aliens (IAs) and what appeared to be someone trying to hide under a blanket. Additional BPAs arrived on scene and confirmed that there was an IA, identified as Maria Julia Fuentes-Roque, hiding underneath the blanket in the backseat. Fuentes admitted to being a citizen and national of Bolivia. Record checks revealed that Fuentes does not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Maria Julia Fuentes-Roque

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 1, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Maria Julia Fuentes-Roque stated she is a citizen and national of Bolivia. She made arrangements in Mexico to be smuggled into the United States and paid $2,000 USD. She illegally crossed into the U.S. and walked to the town of San Miguel and called the designated contact. It took 30 minutes for the vehicle to arrive. Five minutes before reaching the pick-up spot, a woman called to ask her location and said she would arrive in 45 minutes. The pick-up vehicle was a small white car. The passenger asked her name, and she entered the car. Shortly after driving, she noticed BPAs following them. The driver then told her to duck down. She did not realize she was in the United States when stopped by the officer.

After waving her *Miranda Rights*, **Anna Marie Johnson** stated she slept in all day then called her sister. Her sister didn't answer so she decided to check on her in Sells. She saw a lady walking down the street. She asked the lady if she needed a ride. **Johnson** decided she'd take the "hitch hiker" to the Marathon gas station. Johnson claimed she saw the hitchhiker walking near the school but would not disclose which school because she didn't know the area. Johnson then said she was going past the high school in Topawa when she saw the "hitch hiker" and claimed she picks up hitch hikers all the time because it's hot or cold outside. She then claimed she did not know she was an illegal alien and terminated the interview.

After waving her *Miranda Rights*, **Savanna Ray Valenzuela** stated she was picked up by **Johnson** at an unspecified time at night. **Johnson** informed her that her sister had received a call to help a friend. **Valenzuela** was not told their destination but was informed they were going to pick up someone who needed help due to domestic violence. They made a stop at a Speedway gas station before driving to Sells, where they picked up the individual on the side of the road. **Valenzuela** claimed to know nothing about this individual, stating that **Johnson** did not explain anything beyond the person coming to see her sister. **Valenzuela** does not know **Johnson's** sister, though she and **Johnson** have been dating for six months. She did not speak to the person they picked up, but **Johnson** did say something to them, the content of which **Valenzuela** is unaware. She was only accompanying **Johnson** to pick up the friend and did not know the individual's nationality, believing Anna had all the information. **Valenzuela** also disclosed a prior involvement with Border Patrol in 2020 in a similar situation involving "illegals," where she was also a passenger. This previous incident occurred in Three Points, near a checkpoint, and she did not know the person being picked up at that time either.